# EXHIBIT D

| US8311805 | Samsung Galaxy S10 ("The accused product") |
|---|---|
| 1. A method, performed in a character entry system, for interrelating character strings so that an incomplete input character string can be completed by selection of a presented character string, the method comprising: | The accused product practices a method, performed in a character entry system (e.g., predictive text system of the accused product), for interrelating character strings so that an incomplete input character string can be completed by selection of a presented character string (e.g., selection of suggested selectable words).  https://www.samsung.com/us/mobile/phones/galaxy-s/galaxy-s10-128gb-unlocked-sm-g973uzbaxaa/ |



https://www.samsung.com/us/mobile/phones/galaxy-s/galaxy-s10-128gb-unlocked-sm-g973uzbaxaa/

https://www.samsung.com/us/mobile/phones/galaxy-s/galaxy-s10-128gb-unlocked-sm-g973uzbaxaa/

# How can I personalise and turn predictive text on and off on my Samsung Galaxy device?



Predictive texting is a feature that makes it quicker and easier to send messages by suggesting and changing words as you type. The more you use predictive text, the better it will become at suggesting your most used words and phrases. You can turn predictive text on or off, remove suggested words and to personalise it to suit you.

**Please note**: Some options for predictive text will not be available for older devices and operating systems.

https://www.samsung.com/ie/support/mobile-devices/how-can-i-personalise-and-turn-predictive-text-on-and-off-on-my-samsung-galaxy-device/

## How do I activate or deactivate predictive text?

You can quickly access the predictive text settings anytime the Samsung keyboard is open or via the Settings menu.

**Via the keyboard:**

**1** Tap the **Settings** icon.



**2** Tap "Smart typing".

**3** Tap the switch to activate or deactivate.

https://www.samsung.com/ie/support/mobile-devices/how-can-i-personalise-and-turn-predictive-text-on-and-off-on-my-samsung-galaxy-device/

**Via the Settings menu:**

**1** Go to "Settings", then tap "General management".

**2** Tap "Language and input", "On-screen keyboard", then "Samsung Keyboard".

**3** Tap "Smart typing".

**4** Tap the switch to activate or deactivate.

**Please note**: These are the steps for the latest Samsung operating system. If your device settings look different, try following a different path.

- Settings > Language and input > Samsung Keyboard > Predictive text
- Settings > General management > Language and input > On-screen keyboard > Predictive text

https://www.samsung.com/ie/support/mobile-devices/how-can-i-personalise-and-turn-predictive-text-on-and-off-on-my-samsung-galaxy-device/



| computing relationship scores for individual character strings in the system from documents stored in memory of the character entry system, the relationship scores consisting of a function consisting of co-occurrence scores between pairs of distinct character strings stored in a single matrix created from the character strings in the stored documents; | The accused product practices computing relationship scores for individual character strings in the system from documents (e.g., Notes, message mail, etc.) stored in memory (e.g., memory of the accused product) of the character entry system (e.g., predictive text system of the accused product), the relationship scores consisting of a function consisting of co-occurrence scores between pairs of distinct character strings stored in a single matrix created from the character strings in the stored documents. |
|---|---|

The accused product practices computing relationship scores for individual character strings in the system from documents (e.g., Notes, message mail, etc.) stored in memory (e.g., memory of the accused product) of the character entry system (e.g., predictive text system of the accused product), the relationship scores consisting of a function consisting of co-occurrence scores between pairs of distinct character strings stored in a single matrix created from the character strings in the stored documents.

As shown below, various character strings are associated with each other based on their mutual co-occurrence with adjacency. For instance, when a couple of paragraphs, hereinafter referred to as "The Combined Essay" with phrase "James maxwell", "James Monroe", and "James Michener" are typed, and therefore input to the predictive text system of the accused product, the predictive text system of the accused product, based on the frequency of mutual co-occurrence of the string "James" with "maxwell", "Monroe", and "Michener", in the given order, start providing selectable character strings when "James m" is typed. The two selectable character strings, among others, are: maxwell, and Monroe. For the reliability of the demonstration, The combined Essay is typed five times. The frequency of occurrence of "James Maxwell", "James "Monroe", and "James Michener" is 105, 50, and 20 respectively calculated over the The Combined Essay repeated for five times.

As shown below, since pairs of strings, for example, "James" and "maxwell" has adjacently appeared for the most number of times, 105 to be precise, in comparison to the other pairs of strings with "James" as one of the strings, maxwell appears as a selectable option followed by "Monroe", since the number of adjunct appearances of "James" with "Monroe" is 50.

Shown below is a Matrix depicting association of character string "James" with character strings "maxwell", "Monroe", and "Michener".

| Character String Matrix Vis a Vis the paragraphs | | |
|---|---|---|
| Character String-1 | Character String-2 | Number of co-occurrence of the Character String-1 and Character String-2, with both being adjacent to each other in that order (Per 5 entry of "The Combined Essay") |
| James | Monroe | 50 (10 James Monroe) |
| James | maxwell | 105 (21 James maxwell) |
| James | Michener | 4 (20 James Michener) |



T    Aa    🐸              Save    📎    ⋮

Uncategorized

Title

James maxwell
James maxwell was a scientist in the field
of mathematical physics. The classical
theory of electromagnetic radiation
formulated by James maxwell is referred
to as "second great unification in physics".
James maxwell is also credited to have
presented durable colour photograph in
1861. James maxwell is said to have laid
the foundation for disciplines like quantum
physics and special relativity owing to his
discoveries. James maxwell ranked third
greatest physicists of all time in the
millennium poll conducted in early 1990s.
So great was his body of work that on
centenary of the birthday of James
maxwell, Einstein described maxwell's as
the most profound and the most fruitful
that physics has experienced since the
time of Newton.

The Combined Essay, Part-1



T    ✒    🐝         Save    📎    ⋮

James maxwell, as early as 1862, calculated that the speed of propagation of electromagnetic waves is approximately that of the speed of the light. Working on the problem further, maxwell showed that the equations predict of waves of oscillating electric and magnetic fields that travel through empty space at a speed that could be predicted from simple electrical experiments. Using the data available at that time, maxwell obtained a velocity of 310,740,000 meters per second. Four differential equations which govern the propagation of electromagnetic waves essentially was a reduction (by Oliver Heaviside) of complex sets of differential equation introduced by James maxwell. Along with the most physicists of the time, James maxwell had a strong interest in psychology. Following in the steps of Issac Newton and James Young, he was particularly interested in the study of colour vision.

☑    ☰    ☰   |  ₐ↕ ▾   ☰ ▾   T    B

III            ◯            ‹

The Combined Essay, Part-2



As to James maxwell, American astronomer Carl Sagan is quoted to have said: "maxwell's equations have had a greater impact on human history than any of the ten presidents".

James maxwell also investigated the kinetic theory of gases.

James maxwell devised the thought experiment which was later known as Maxwell's demon.

In 1871, James maxwell established Maxwell's thermodynamic relations, which are statements of equality among the second derivatives of the thermodynamic potentials with respect to different thermodynamic variables.

In1874, James maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard Gibbs's graphical thermodynamics papers.

The Combined Essay, Part-3



T    ✎    🎨         Save    📎    ⋮

GPU manufacture Nvidia has named the
architecture of its GeForce 900 series after
James maxwell.

Ivan Tolstoy in the biography of James
maxwell go as far as to say that, "
Maxwell's importance in the history of
scientific thought is comparable to
Einstein's (whom he inspired) and
Newton's (whose influence he curtailed)".

In 1859, James maxwell predicted that the
Saturn's rings would be made of huge
number of independently orbiting particles
which, if they were to be stable long-term,
would to have be arranged in a series of
narrow rings.

Stephen Hawkins, one of the most famous
theoretical physicists and cosmologists of
21st century, while talking about James
maxwell said: "Maxwell is the physicists's
physicist."

☑    ≣    ≣    A↕▼    ≡▼    T    B

|||         ◯         ‹

The Combined Essay, Part-4



The Combined Essay, Part-5



James Monroe
James Monroe was an American Statesman, lawyer, and diplomat who served as the fifth president of United States from 1817 to 1825. A member of democratic-republican party, James Monroe was the last president of the Virginia dynasty. In 1790, James Monroe won the election to the senate where he became a leader of the democratic-republican party. To serve as George Washington's ambassador to France, James Monroe left the senate 1794. James Monroe strongly supported Jefferson's candidacy in the 1800 presidential election. After the resignation Rufus King, James Monroe was appointed as the ambassador to Great Britain in 1803. When the British burned U.S. Capitol and the White House on August 24, 1814, James Monroe was appointed as secretary of war on September 27. According to historian William E. Weeks, James Monroe, "evolved a comprehensive strategy aimed at expanding the Union externally while solidifying it internationally".

The Combined Essay, Part-6



Best known for issuing the Monroe Doctrine, James Monroe advocated a policy of opposing European colonialism in the Americas is known as "Monroe Doctrine".

James Michener

James Michener was an American author who wrote more than 40 books, most of which fictional family sagas covering lives of many generations. In 1993, US navy memorial foundation awarded James Michener its "Lone Sailor Award" for his naval war service and his literary achievements. Posthumously, James Michener was honoured by a memorial headstone at the Texas State cemetery in Austin.

The Combined Essay, Part-7

| | |
|---|---|
| in response to inputting of a string of individual characters that exceeds a specified threshold, identifying at least one selectable character string from among contextual associations that can complete the input character string in context based upon an overall ranking score computed as a function of a relationship score and at least one other score; and | The accused product practices in response to inputting of a string of individual characters that exceeds a specified threshold (e.g., **inputting a starting character of a word**), identifying at least one selectable character string (e.g., **predicting selectable words for user selection**) from among contextual associations that can complete the input character string in context based upon an overall ranking score computed as a function of a relationship score and at least one other score.<br><br>As shown below, since pairs of strings, for example, "James" and "maxwell" has adjacently appeared for the most number of times, 105 to be precise, in comparison to the other pairs of strings with "James" as one of the strings, maxwell appears as a selectable option followed by "Monroe", since the number of adjacent appearances of "James" with "Monroe" is 50 and which is greater than the adjacent appearance of "James" with "Michener" which stands at 20.<br><br>Shown below is a Matrix depicting association of character string "James" with character strings "maxwell", "Monroe", and "Michener". |

| **Character String Matrix Vis a Vis the paragraphs** | | |
|---|---|---|
| Character String-1 | Character String-2 | Number of co-occurrence of the Character String-1 and Character String-2, with both being adjacent to each other in that order (Per 5 entry of "The Combined Essay") |
| James | Monroe | 50 (10 James Monroe) |
| James | maxwell | 105 (21 James maxwell) |
| James | Michener | 4 (20 James Michener) |

When number of adjacently appearance of pairs of strings become same, the predictive text system suggests a word from the two based on some other relationship between them such as alphabetical order of the words or recently used word.



T    /₌    🐟          Save    𝒪    ⋮

Uncategorized

Title

James maxwell
James maxwell was a scientist in the field
of mathematical physics. The classical
theory of electromagnetic radiation
formulated by James maxwell is referred
to as "second great unification in physics".
James maxwell is also credited to have
presented durable colour photograph in
1861. James maxwell is said to have laid
the foundation for disciplines like quantum
physics and special relativity owing to his
discoveries. James maxwell ranked third
greatest physicists of all time in the
millennium poll conducted in early 1990s.
So great was his body of work that on
centenary of the birthday of James
maxwell, Einstein described maxwell's as
the most profound and the most fruitful
that physics has experienced since the
time of Newton.

☑    ≔    ☰    ₐ↕ ▼    ≡ ▼    T    B

III          ◯          ‹

The Combined Essay, Part-1



T    ✎    🐝              Save    📎    ⋮

James maxwell, as early as 1862,
calculated that the speed of propagation of
electromagnetic waves is approximately
that of the speed of the light. Working on
the problem further, maxwell showed that
the equations predict of waves of
oscillating electric and magnetic fields that
travel through empty space at a speed that
could be predicted from simple electrical
experiments. Using the data available at
that time, maxwell obtained a velocity of
310,740,000 meters per second. Four
differential equations which govern the
propagation of electromagnetic waves
essentially was a reduction (by Oliver
Heaviside) of complex sets of differential
equation introduced by James maxwell.
Along with the most physicists of the time,
James maxwell had a strong interest in
psychology. Following in the steps of Issac
Newton and James Young, he was
particularly interested in the study of
colour vision.

☑    ☰    ☰    ᴀ↕▾    ☰▾    T    B

|||        ◯        ‹

The Combined Essay, Part-2



T    ℐ    🐝              Save    𝒪    ⋮

As to James maxwell, American
astronomer Carl Sagan is quoted to have
said: "maxwell's equations have had a
greater impact on human history than any
of the ten presidents".

James maxwell also investigated the
kinetic theory of gases.

James maxwell devised the thought
experiment which was later known as
Maxwell's demon.

In 1871, James maxwell established
Maxwell's thermodynamic relations, which
are statements of equality among the
second derivatives of the thermodynamic
potentials with respect to different
thermodynamic variables.

In1874, James maxwell constructed a
plaster thermodynamic visualisation as a
way of exploring phase transitions, based
on the American scientist Josiah Willard
Gibbs's graphical thermodynamics papers.

☑    ☰    ☰    ┃   ₐ↕ ▼   ☰ ▼   T    B

III        ◯        ‹

The Combined Essay, Part-3



T    ✐    🐝              Save    📎    ⋮

GPU manufacture Nvidia has named the
architecture of its GeForce 900 series after
James maxwell.

Ivan Tolstoy in the biography of James
maxwell go as far as to say that, "
Maxwell's importance in the history of
scientific thought is comparable to
Einstein's (whom he inspired) and
Newton's (whose influence he curtailed)".

In 1859, James maxwell predicted that the
Saturn's rings would be made of huge
number of independently orbiting particles
which, if they were to be stable long-term,
would to have be arranged in a series of
narrow rings.

Stephen Hawkins, one of the most famous
theoretical physicists and cosmologists of
21st century, while talking about James
maxwell said: "Maxwell is the physicists's
physicist."

☑    ☰    ☰    |    A↕ ▼    ☰ ▼    T    B

The Combined Essay, Part-4



The birthplace of James maxwell is at 14 India street, Edinburgh. It is now the home of the James clerk maxwell foundation.

The seminal work done in the field of electrodynamics by James maxwell will influence practically all physicists in even times to come.

The Combined Essay, Part-5



James Monroe
James Monroe was an American Statesman, lawyer, and diplomat who served as the fifth president of United States from 1817 to 1825. A member of democratic-republican party, James Monroe was the last president of the Virginia dynasty. In 1790, James Monroe won the election to the senate where he became a leader of the democratic-republican party. To serve as George Washington's ambassador to France, James Monroe left the senate 1794. James Monroe strongly supported Jefferson's candidacy in the 1800 presidential election. After the resignation Rufus King, James Monroe was appointed as the ambassador to Great Britain in 1803. When the British burned U.S. Capitol and the White House on August 24, 1814, James Monroe was appointed as secretary of war on September 27. According to historian William E. Weeks, James Monroe, "evolved a comprehensive strategy aimed at expanding the Union externally while solidifying it internationally".

The Combined Essay, Part-6



T    ✎    ✏    Save    📎    ⋮

Best known for issuing the Monroe
Doctrine, James Monroe advocated a
policy of opposing European colonialism in
the Americas is known as "Monroe
Doctrine".

James Michener

James Michener was an American author
who wrote more than 40 books, most of
which fictional family sagas covering lives
of many generations. In 1993, US navy
memorial foundation awarded James
Michener its "Lone Sailor Award" for his
naval war service and his literary
achievements. Posthumously, James
Michener was honoured by a memorial
headstone at the Texas State cemetery in
Austin.

The Combined Essay, Part-7



| providing the identified at least one selectable character string to a user for selection. | The accused product practices providing the identified at least one selectable character string (e.g., suggesting words for user selection) to a user for selection (e.g., user can select a desired word).<br><br>As shown below, since pairs of strings, for example, "James" and "maxwell" has adjacently appeared for the most number of times, 105 to be precise, in comparison to the other pairs of strings with "James" as one of the strings, maxwell appears as a selectable option followed by "Monroe", since the number of adjacent appearances of "James" with "Monroe" is 50 and which is greater than the adjacent appearance of "James" with "Michener" which stands at 20.<br><br>Shown below is a Matrix depicting association of character string "James" with character strings "maxwell", "Monroe", and "Michener". |

| **Character String Matrix Vis a Vis the paragraphs** | | |
|---|---|---|
| Character String-1 | Character String-2 | Number of co-occurrence of the Character String-1 and Character String-2, with both being adjacent to each other in that order (Per 5 entry of "The Combined Essay") |
| James | Monroe | 50 (10 James Monroe) |
| James | maxwell | 105 (21 James maxwell) |
| James | Michener | 4 (20 James Michner) |



James maxwell
James maxwell was a scientist in the field of mathematical physics. The classical theory of electromagnetic radiation formulated by James maxwell is referred to as "second great unification in physics". James maxwell is also credited to have presented durable colour photograph in 1861. James maxwell is said to have laid the foundation for disciplines like quantum physics and special relativity owing to his discoveries. James maxwell ranked third greatest physicists of all time in the millennium poll conducted in early 1990s. So great was his body of work that on centenary of the birthday of James maxwell, Einstein described maxwell's as the most profound and the most fruitful that physics has experienced since the time of Newton.

The Combined Essay, Part-1



T    ✐    🐝              Save    📎    ⋮

James maxwell, as early as 1862, calculated that the speed of propagation of electromagnetic waves is approximately that of the speed of the light. Working on the problem further, maxwell showed that the equations predict of waves of oscillating electric and magnetic fields that travel through empty space at a speed that could be predicted from simple electrical experiments. Using the data available at that time, maxwell obtained a velocity of 310,740,000 meters per second. Four differential equations which govern the propagation of electromagnetic waves essentially was a reduction (by Oliver Heaviside) of complex sets of differential equation introduced by James maxwell. Along with the most physicists of the time, James maxwell had a strong interest in psychology. Following in the steps of Issac Newton and James Young, he was particularly interested in the study of colour vision.

✓    ☰    ☰   |  ᴀ↕ ▾   ☰ ▾   T    B

|||         ◯         ‹

The Combined Essay, Part-2



As to James maxwell, American astronomer Carl Sagan is quoted to have said: "maxwell's equations have had a greater impact on human history than any of the ten presidents".

James maxwell also investigated the kinetic theory of gases.

James maxwell devised the thought experiment which was later known as Maxwell's demon.

In 1871, James maxwell established Maxwell's thermodynamic relations, which are statements of equality among the second derivatives of the thermodynamic potentials with respect to different thermodynamic variables.

In1874, James maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard Gibbs's graphical thermodynamics papers.

The Combined Essay, Part-3



T    ℐₐ    🐝                Save    📎    ⋮

GPU manufacture Nvidia has named the architecture of its GeForce 900 series after James maxwell.

Ivan Tolstoy in the biography of James maxwell go as far as to say that, " Maxwell's importance in the history of scientific thought is comparable to Einstein's (whom he inspired) and Newton's (whose influence he curtailed)".

In 1859, James maxwell predicted that the Saturn's rings would be made of huge number of independently orbiting particles which, if they were to be stable long-term, would to have be arranged in a series of narrow rings.

Stephen Hawkins, one of the most famous theoretical physicists and cosmologists of 21st century, while talking about James maxwell said: "Maxwell is the physicists's physicist."

The Combined Essay, Part-4



The birthplace of James maxwell is at 14 India street, Edinburgh. It is now the home of the James clerk maxwell foundation.

The seminal work done in the field of electrodynamics by James maxwell will influence practically all physicists in even times to come.

The Combined Essay, Part-5



James Monroe
James Monroe was an American
Statesman, lawyer, and diplomat who
served as the fifth president of United
States from 1817 to 1825. A member of
democratic-republican party, James
Monroe was the last president of the
Virginia dynasty. In 1790, James Monroe
won the election to the senate where he
became a leader of the democratic-
republican party. To serve as George
Washington's ambassador to France,
James Monroe left the senate 1794.
James Monroe strongly supported
Jefferson's candidacy in the 1800
presidential election. After the resignation
Rufus King, James Monroe was appointed
as the ambassador to Great Britain in
1803. When the British burned U.S. Capitol
and the White House on August 24, 1814,
James Monroe was appointed as secretary
of war on September 27. According to
historian William E. Weeks, James Monroe,
"evolved a comprehensive strategy aimed
at expanding the Union externally while
solidifying it internationally".

The Combined Essay, Part-6



T    𝒜    🎨    Save    📎    ⋮

Best known for issuing the Monroe
Doctrine, James Monroe advocated a
policy of opposing European colonialism in
the Americas is known as "Monroe
Doctrine".

James Michener

James Michener was an American author
who wrote more than 40 books, most of
which fictional family sagas covering lives
of many generations. In 1993, US navy
memorial foundation awarded James
Michener its "Lone Sailor Award" for his
naval war service and his literary
achievements. Posthumously, James
Michener was honoured by a memorial
headstone at the Texas State cemetery in
Austin.

☑    ≡    ≡    ⌄ ▾    ≡ ▾    T    B

III    ◯    ‹

The Combined Essay, Part-7





| 2. The method of claim 1, wherein each relationship score represents the contextual association between an individual character string and another character string based upon co-occurrence of character strings relative to each other. | The accused product practices such that each relationship score represents the contextual association between an individual character string and another character string based upon co-occurrence of character strings relative to each other.<br><br>As shown below, since pairs of strings, for example, "James" and "maxwell" has adjacently appeared for the most number of times, 105 to be precise, in comparison to the other pairs of strings with "James" as one of the strings, maxwell appears as a selectable option followed by "Monroe", since the number of adjacent appearances of "James" with "Monroe" is 50 and which is greater than the adjacent appearance of "James" with "Michener" which stands at 20.<br><br>Shown below is a Matrix depicting association of character string "James" with character strings "maxwell", "Monroe", and "Michener". |

| **Character String Matrix Vis a Vis the paragraphs** | | |
|---|---|---|
| Character String-1 | Character String-2 | Number of co-occurrence of the Character String-1 and Character String-2, with both being adjacent to each other in that order (Per 5 entry of "The Combined Essay") |
| James | Monroe | 50 (10 James Monroe) |
| James | maxwell | 105 (21 James maxwell) |
| James | Michener | 4 (20 James Michner) |



James maxwell
James maxwell was a scientist in the field of mathematical physics. The classical theory of electromagnetic radiation formulated by James maxwell is referred to as "second great unification in physics". James maxwell is also credited to have presented durable colour photograph in 1861. James maxwell is said to have laid the foundation for disciplines like quantum physics and special relativity owing to his discoveries. James maxwell ranked third greatest physicists of all time in the millennium poll conducted in early 1990s. So great was his body of work that on centenary of the birthday of James maxwell, Einstein described maxwell's as the most profound and the most fruitful that physics has experienced since the time of Newton.

The Combined Essay, Part-1



James maxwell, as early as 1862, calculated that the speed of propagation of electromagnetic waves is approximately that of the speed of the light. Working on the problem further, maxwell showed that the equations predict of waves of oscillating electric and magnetic fields that travel through empty space at a speed that could be predicted from simple electrical experiments. Using the data available at that time, maxwell obtained a velocity of 310,740,000 meters per second. Four differential equations which govern the propagation of electromagnetic waves essentially was a reduction (by Oliver Heaviside) of complex sets of differential equation introduced by James maxwell. Along with the most physicists of the time, James maxwell had a strong interest in psychology. Following in the steps of Issac Newton and James Young, he was particularly interested in the study of colour vision.

The Combined Essay, Part-2



As to James maxwell, American astronomer Carl Sagan is quoted to have said: "maxwell's equations have had a greater impact on human history than any of the ten presidents".

James maxwell also investigated the kinetic theory of gases.

James maxwell devised the thought experiment which was later known as Maxwell's demon.

In 1871, James maxwell established Maxwell's thermodynamic relations, which are statements of equality among the second derivatives of the thermodynamic potentials with respect to different thermodynamic variables.

In1874, James maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard Gibbs's graphical thermodynamics papers.

The Combined Essay, Part-3



T  ✎  🎨                Save  📎  ⋮

GPU manufacture Nvidia has named the architecture of its GeForce 900 series after James maxwell.

Ivan Tolstoy in the biography of James maxwell go as far as to say that, " Maxwell's importance in the history of scientific thought is comparable to Einstein's (whom he inspired) and Newton's (whose influence he curtailed)".

In 1859, James maxwell predicted that the Saturn's rings would be made of huge number of independently orbiting particles which, if they were to be stable long-term, would to have be arranged in a series of narrow rings.

Stephen Hawkins, one of the most famous theoretical physicists and cosmologists of 21st century, while talking about James maxwell said: "Maxwell is the physicists's physicist."

The Combined Essay, Part-4



The Combined Essay, Part-5



T   /⃝   🐝     Save   📎   ⋮

James Monroe
James Monroe was an American
Statesman, lawyer, and diplomat who
served as the fifth president of United
States from 1817 to 1825. A member of
democratic-republican party, James
Monroe was the last president of the
Virginia dynasty. In 1790, James Monroe
won the election to the senate where he
became a leader of the democratic-
republican party. To serve as George
Washington's ambassador to France,
James Monroe left the senate 1794.
James Monroe strongly supported
Jefferson's candidacy in the 1800
presidential election. After the resignation
Rufus King, James Monroe was appointed
as the ambassador to Great Britain in
1803. When the British burned U.S. Capitol
and the White House on August 24, 1814,
James Monroe was appointed as secretary
of war on September 27. According to
historian William E. Weeks, James Monroe,
"evolved a comprehensive strategy aimed
at expanding the Union externally while
solidifying it internationally".

☑   ☰   ☰  |  ₐ↕ ▼   ☰ ▼   T̲   B

|||      ◯      ‹

The Combined Essay, Part-6



T    🖊    🎨              Save    📎    ⋮

Best known for issuing the Monroe
Doctrine, James Monroe advocated a
policy of opposing European colonialism in
the Americas is known as "Monroe
Doctrine".

James Michener

James Michener was an American author
who wrote more than 40 books, most of
which fictional family sagas covering lives
of many generations. In  1993, US navy
memorial foundation awarded James
Michener its "Lone Sailor Award" for his
naval war service and his literary
achievements. Posthumously, James
Michener was honoured by a memorial
headstone at the Texas State cemetery in
Austin.

☑    ☰    ☰    A↕ ▼    ☰ ▼    T    B

III            ◯            ‹

The Combined Essay, Part-7



