IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MOUNTECH IP LLC,**<br><br>      Plaintiff,<br><br>      v.<br><br>**SAMSUNG ELECTRONICS AMERICA, INC.,**<br><br>      Defendant. | Civil Action No.: 1:20-cv-05029-LTS<br><br>**TRIAL BY JURY DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Mountech IP LLC ("Plaintiff") and Defendant Samsung Electronics America, Inc. ("Samsung") announced to the Court that they have resolved Plaintiff's claims for relief against Samsung asserted in this case. Plaintiff has therefore requested that the Court dismiss Plaintiff's claims for relief against Samsung WITH PREJUDICE and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that Plaintiff's request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Samsung are dismissed WITH PREJUDICE. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

Dated:   November 18, 2020

/s/ Laura Taylor Swain
United States District Judge